IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

       Plaintiff,         Case No. 3:07-CV-217-DRH

   v.

Tyrus Longstreet,

       Defendant,
==================================
Bechtel Construction Co.,

       Garnishee.

## ORDER

Upon motion of the United States of America (Doc 12.), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED**.

**IT IS SO ORDERED**.

DATED: November 29, 2011

David R. Herndon
2011.11.29
21:59:34 -06'00'

**Chief Judge**
**United States District Court**